IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Lesley G | Case Number: 07 B 21752 |
| | Judge: Hollis, Pamela S |
| Printed: 6/10/08 | Filed: 11/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 28, 2008
Confirmed: February 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,000.00 | |
| Secured: | | 3,784.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 216.00 |
| Other Funds: | | 0.00 |
| Totals: | 4,000.00 | 4,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,424.00 | 0.00 |
| 2. | Illinois Title Loans | Secured | 2,326.37 | 32.80 |
| 3. | EMC Mortgage Corporation | Secured | 8,524.65 | 2,854.98 |
| 4. | United Mortgage & Loan Investment Corp | Secured | 2,561.95 | 896.22 |
| 5. | Empire Home Services | Secured | 500.00 | 0.00 |
| 6. | Members Advantage Credit Union | Secured | 3,034.59 | 0.00 |
| 7. | EMC Mortgage Corporation | Secured | 35,000.00 | 0.00 |
| 8. | United Mortgage & Loan Investment Corp | Secured | 11,440.00 | 0.00 |
| 9. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 10. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 11. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 12. | Illinois Title Loans | Unsecured | 466.01 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 580.00 | 0.00 |
| 14. | Village of Dolton | Unsecured | | No Claim Filed |
| | | | $ 67,857.57 | $ 3,784.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 216.00 |
| | $ 216.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Johnson, Lesley G | Case Number:  07 B 21752 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/10/08 | Filed:  11/19/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                              Marilyn O. Marshall, Trustee, by:

